IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN C. BERKERY, SR., *Plaintiff* | : : : | CIVIL ACTION |
| v. | : : | |
| EXPERIAN PLC *et al.*, *Defendants* | : : : | No. 21-1250 |

## ORDER

**AND NOW**, this _____ day of March, 2022, upon consideration of Defendant First Premier Bank's Motion to Dismiss (Doc. No. 14), Plaintiff John Berkery's Response in Opposition (Doc. No. 23), Defendant Trans Union's Counterclaim (Doc. No. 26), Mr. Berkery's Motion to Dismiss Trans Union's Counterclaim (Doc. No. 30), Trans Union's Response in Opposition (Doc. No. 37), Mr. Berkery's Reply (Doc. No. 38), Defendant United National Corporation's Motion to Dismiss (Doc. No. 29), Mr. Berkery's Response in Opposition (Doc. No. 33), and United National's Reply (Doc. No. 35), for the reasons set forth in the Court's accompanying Memorandum, it is hereby **ORDERED** that:

1. Defendant First Premier Bank's Motion to Dismiss (Doc. No. 14) is **GRANTED**;

2. Defendant United National Corporation's Motion to Dismiss (Doc. No. 29) is **GRANTED**; and

3. Plaintiff Mr. Berkery's Motion to Dismiss (Doc. No. 30) is **DENIED**.

**AND** upon consideration of Mr. Berkery's Motion to Enforce Settlement and Consider Sanctions (Doc. No. 53), Defendant Verizon's Response in Opposition (Doc. No. 56), and Mr. Berkery's Petition for a Writ of Mandamus (Doc. No. 58), for the reasons set forth in the Court's accompanying Memorandum, it is **FURTHER ORDERED** that:

4. Mr. Berkery's Motion (Doc. No. 53) is **DENIED**; and

1

5. Mr. Berkery's Petition (Doc. No. 58) is **DENIED**.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**