IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN C. BERKERY, SR., *Plaintiff* | : : : | CIVIL ACTION |
| v. | : : | |
| TRANS UNION, LLC, *Defendants* | : : : | No. 21-1250 |

## ORDER

AND NOW, this 15th day of August, 2023, upon consideration of Defendant Trans Union, LLC's Motion for Summary Judgment (Doc. No. 87), Plaintiff John C. Berkery, Sr.'s Reply in Opposition to Defendant Trans Union's Motion for Summary Judgment (Doc. No. 90), and Trans Union's Reply in Support of its Motion for Summary Judgment (Doc. No. 91), it is hereby **ORDERED** that Trans Union's Motion (Doc. No. 87) is **GRANTED** for the reasons set forth in the accompanying memorandum. The Clerk of Court is directed to mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**